IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL JONATHAN CARLSON, 328076 | § § § | |
| VS. | § § | CIVIL ACTION NO. G-06-788 |
| DR. JAHADI, ET AL. | § § | |

### ORDER OF DISMISSAL

Plaintiff in the above-styled and numbered cause filed a "Motion to Dismiss" under Rule 41(a) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1), Plaintiff may dismiss his complaint at any time before service by the adverse party of an answer. Because service has not been ordered on any Defendant in this cause, Plaintiff's "Motion to Dismiss" (Instrument no. 6) is **GRANTED**.

It is, therefore, **ORDERED** that this cause is **DISMISSED, without prejudice for want of prosecution.**

**DONE** at Galveston, Texas, this _____30th_____ day of January, 2007.

John R. Froeschner
United States Magistrate Judge